IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00146-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TRAVIS WEAVER,

    Defendant.
_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

    This matter has been scheduled for a five-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **June 20, 2011 at 8:00 a.m.**  It is

    ORDERED that all pretrial motions shall be filed by **May 10, 2011** and responses to these motions shall be filed by **May 17, 2011.**  It is further

    ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the deadline for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing deadline.  It is further

    ORDERED that disclosures regarding rebuttal expert witnesses shall be made one week after the deadline for filing pretrial motions and any challenges to such experts shall be made no later than two weeks after the pretrial motions deadline.  It is further

ORDERED that a Trial Preparation Conference is set for **June 17, 2011 at 11:00 a.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED April 18, 2011.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge